**Fill in this information to identify the case:**

Debtor 1     Dennis M. Habbert

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number   <u>20-00444 HWV</u>

## Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:**    Lakeview Loan Servicing, LLC      **Court claim no.** (if known):    2

**Last 4 digits** of any number you use to identify the debtor's account:    4395

**Property address:**
       2170 Windsor Road
       Windsor, PA 17366

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ <u>596.86</u>

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ <u>4,899.25</u> |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ <u>1,401.60</u> |
| c. | **Total.** Add lines a and b. | (c) | $ <u>6,300.85</u> |

Creditor asserts that the debtor(s) are contractually obligated for     03 / 01 / 2025
the postpetition payment(s) that first became due on:

Case 1:20-bk-00444-HWV    Doc 64    Filed 07/15/25    Entered 07/15/25 15:14:02    Desc
Main Document      Page 1 of 8
Document ID: 824ed4f65a303a642763e0a18d1d284ba665575987f486936ccf14b2b5071f

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ 

Denise Carlon
14 Jul 2025, 14:06:14, EDT

Date        07/14/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dennis M. Habbert Jr. | **BK NO. 20-00444 HWV** |
| **Debtor(s)** | |
| | **Chapter 13** |
| **Lakeview Loan Servicing, LLC** | |
| **Movant** | **Related to Claim No. 2** |
| **vs.** | |
| | |
| **Dennis M. Habbert Jr.** | |
| **Debtor(s)** | |
| | |
| **Jack N Zaharopoulos,** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 15, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dennis M. Habbert Jr.
2170 Windsor Road
Windsor, PA 17366

Attorney for Debtor(s) (via ECF)
Steven M. Car
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: July 15, 2025

/s/ Denise Carlon
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com

## Notice of Final Cure Information
### Pre-Petition Ledger

| | |
|---|---|
| Filed By: | Dennis M. Habbert, Jr. |
| Case Number: | 20-00444 |
| Filing Date: | 2/7/2020 |
| Loan # | |

| | POC Figures | Comments |
|---|---|---|
| Pre P&I Payments | $7,456.35 | 11 Payments 3/1/19 -2/1/20 |
| Post P&I Payments | | |
| Escrow | $1,358.62 | |
| Projcted Escrow | $1,602.67 | |
| Post Escrow | | |
| Pre Petition Fees | $5,425.99 | |
| PPFN | | |
| AO Fees | | |
| Others | | |
| Suspense | | |
| Total POC | $15,843.63 | |

Trustee Disbursements

| Payment Received (Date) | Principal Received | POC Balance | Applied To (Date) | Principal and Interest | P&I Payment Balance | Escrow | Escrow Balance | Fees/Costs/Corp Applied | Fees/Costs/Corp Balance | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $15,843.63 | | | $7,456.35 | | $2,961.29 | | $5,425.99 | | $0.00 | |
| | | 15,843.63 | | | 7,456.35 | | 2,961.29 | | 5,425.99 | - | | |
| 10/28/2021 | $188.87 | 15,654.76 | | | 7,456.35 | | 2,961.29 | | 5,425.99 | 188.87 | 188.87 | |
| 11/24/2021 | $410.85 | 15,243.91 | | | 7,456.35 | | 2,961.29 | | 5,425.99 | 410.85 | 599.72 | |
| 12/22/2021 | $410.85 | 14,833.06 | 3/1/2019 | 677.85 | 6,778.50 | 266.70 | 2,694.59 | | 5,425.99 | (533.70) | 66.02 | 12/1/2020 |
| 2/23/2022 | $410.85 | 14,422.21 | | | 6,778.50 | | 2,694.59 | | 5,425.99 | 410.85 | 476.87 | |
| 3/25/2022 | $821.70 | 13,600.51 | 4/1/2019 | 677.85 | 6,100.65 | 274.85 | 2,419.74 | | 5,425.99 | (131.00) | 345.87 | 4/1/2021 |
| 7/20/2022 | $821.70 | 12,778.81 | | | 6,100.65 | | 2,419.74 | | 5,425.99 | 821.70 | 1,167.57 | |
| 9/13/2022 | $441.45 | 12,337.36 | | | 6,100.65 | | 2,419.74 | | 5,425.99 | 441.45 | 1,609.02 | |
| 10/25/2022 | $837.00 | 11,500.36 | 5/1/2019 | 677.85 | 5,422.80 | 271.85 | 2,147.89 | | 5,425.99 | (112.70) | 1,496.32 | 2/1/2022 |
| 12/7/2022 | $418.50 | 11,081.86 | 6/1/2019 | 677.85 | 4,744.95 | 271.85 | 1,876.04 | | 5,425.99 | (531.20) | 965.12 | 5/1/2022 |
| 2/22/2023 | $837.00 | 10,244.86 | 7/1/2019 | 677.85 | 4,067.10 | 271.85 | 1,604.19 | | 5,425.99 | (112.70) | 852.42 | 8/1/2022 |
| 3/22/2023 | $837.00 | 9,407.86 | 8/1/2019 | 677.85 | 3,389.25 | 251.23 | 1,352.96 | | 5,425.99 | (92.08) | 760.34 | 11/1/2022 |
| 4/25/2023 | $418.50 | 8,989.36 | | | 3,389.25 | | 1,352.96 | | 5,425.99 | 418.50 | 1,178.84 | |
| 6/21/2023 | $418.50 | 8,570.86 | 9/1/2019 | 677.85 | 2,711.40 | 282.96 | 1,070.00 | | 5,425.99 | (542.31) | 636.53 | 4/1/2023 |
| 7/18/2023 | $1,306.80 | 7,264.06 | 10/1/2019 | 677.85 | 2,033.55 | 282.96 | 787.04 | | 5,425.99 | 345.99 | 982.52 | 5/1/2023 |
| 7/18/2023 | | 7,264.06 | | | 2,033.55 | | 913.65 | | 5,425.99 | (913.65) | 68.87 | |
| 9/27/2023 | $871.20 | 6,392.86 | | | 2,033.55 | 871.20 | (97.81) | | 5,425.99 | | 68.87 | |
| 11/22/2023 | $828.00 | 5,564.86 | | | 2,033.55 | 828.00 | (1,825.81) | | 5,425.99 | - | 68.87 | |
| 1/8/2024 | | 5,564.86 | | | 2,033.55 | (634.25) | (1,191.56) | | 5,425.99 | 634.25 | 703.12 | |
| 1/11/2024 | | 5,564.86 | 11/1/2019 | 677.85 | 1,355.70 | 282.96 | (1,474.52) | | 5,425.99 | (960.81) | (257.69) | 11/1/2023 |
| 1/18/2024 | $828.00 | 4,736.86 | | | 1,355.70 | 348.44 | (1,822.96) | 479.56 | 4,946.43 | - | (257.69) | |
| 3/19/2024 | $414.00 | 4,322.86 | | | 1,355.70 | | (1,822.96) | 414.00 | 4,532.43 | - | (257.69) | |
| 5/29/2024 | $828.00 | 3,494.86 | | | 1,355.70 | | (1,822.96) | 36.44 | 4,495.99 | 791.56 | 533.87 | |
| 6/25/2024 | $828.00 | 2,666.86 | | | 1,355.70 | | (1,822.96) | 1,619.56 | 2,876.43 | (791.56) | (257.69) | |
| 7/16/2024 | $414.00 | 2,252.86 | | | 1,355.70 | | (1,822.96) | 414.00 | 2,462.43 | - | (257.69) | |
| 10/29/2024 | $1,242.00 | 1,010.86 | | | 1,355.70 | | (1,822.96) | 1,242.00 | 1,220.43 | - | (257.69) | |
| 11/26/2024 | $414.00 | 596.86 | | | 1,355.70 | | (1,822.96) | 220.88 | 999.55 | 193.12 | (64.57) | |
| 6/11/2025 | | 596.86 | 12/1/2019 | 677.85 | 1,355.70 | (1,624.18) | (198.78) | | 999.55 | 1,624.18 | 1,559.61 | 1/1/2025 |
| 6/11/2025 | | 596.86 | 1/1/2020 | 677.85 | 287.05 | 287.05 | (772.88) | | 999.55 | (964.90) | (370.19) | 2/1/2025 |
| | | 596.86 | | | - | | (772.88) | | 999.55 | 370.19 | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (772.88) | | 999.55 | - | - | |
| | | 596.86 | | | - | | (485.83) | | 999.55 | - | - | |

## Notice of Final Cure Information
### Post-Petition Ledger

| Filed By: | Dennis M. Habbert, Jr 0 | Payment Changes | | |
|---|---|---|---|---|
| Case Number: | 20-00444 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 02/07/20 | 3/1/2020 | 3/1/2021 | $ 944.55 |
| Loan No: | ███████ | 4/1/2021 | 10/1/2021 | $ 952.70 |
| Payments in POC: | | 11/1/2021 | 12/1/2022 | $ 949.70 |
| Months in POC: | | 1/1/2023 | 2/1/2024 | $ 960.81 |
| First Post Due Date: | 03/01/20 | 3/1/2024 | 2/1/2025 | $ 964.90 |
| Plan | Borrower | 3/1/2025 | | $ 979.85 |
| PPFN | 1400 | | | $ - |
| Gap Payment | - | | | $ - |
| Disposition | - | | | $ - |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 3/30/2020 | $944.55 | 3/1/2020 | $944.55 | $ - |
| 5/1/2020 | $944.55 | 4/1/2020 | $944.55 | $ - |
| 6/1/2020 | $944.55 | 5/1/2020 | $944.55 | $ - |
| 7/1/2020 | $944.55 | 6/1/2020 | $944.55 | $ - |
| 8/4/2020 | $944.55 | 7/1/2020 | $944.55 | $ - |
| 9/1/2020 | $944.55 | 8/1/2020 | $944.55 | $ - |
| 10/6/2020 | $944.55 | 9/1/2020 | $944.55 | $ - |
| 11/4/2020 | $944.55 | 10/1/2020 | $944.55 | $ - |
| 12/7/2020 | $944.55 | 11/1/2020 | $944.55 | $ - |
| 1/12/2021 | $944.55 | 12/1/2020 | $944.55 | $ - |
| 1/27/2021 | $29.41 | | | $ 29.41 |
| 2/5/2021 | $944.55 | 1/1/2021 | $944.55 | $ 29.41 |
| 3/16/2021 | $944.55 | 2/1/2021 | $944.55 | $ 29.41 |
| 4/12/2021 | $952.70 | 3/1/2021 | $944.55 | $ 37.56 |
| 5/10/2021 | $952.70 | 4/1/2021 | $952.70 | $ 37.56 |
| 6/10/2021 | $952.70 | 5/1/2021 | $952.70 | $ 37.56 |
| 7/15/2021 | $952.70 | 6/1/2021 | $952.70 | $ 37.56 |
| 8/16/2021 | $952.70 | 7/1/2021 | $952.70 | $ 37.56 |
| 9/15/2021 | $952.70 | 8/1/2021 | $952.70 | $ 37.56 |
| | | | | $ 37.56 |
| 10/20/2021 | $944.55 | 9/1/2021 | $952.70 | $ 29.41 |
| 11/22/2021 | $944.55 | 10/1/2021 | $952.70 | $ 21.26 |
| 1/5/2022 | $949.70 | 11/1/2021 | $949.70 | $ 21.26 |
| 2/2/2022 | $944.55 | 12/1/2021 | $949.70 | $ 16.11 |
| 3/22/2022 | $944.55 | 1/1/2022 | $949.70 | $ 10.96 |
| 5/2/2022 | $949.70 | | | $ 960.66 |
| | | | | $ 960.66 |

# *Notice of Final Cure Information*
## *Post-Petition Ledger*

| Filed By: | Dennis M. Habbert, Jr 0 | Payment Changes | | |
|---|---|---|---|---|
| Case Number: | 20-00444 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 02/07/20 | 3/1/2020 | 3/1/2021 | $ 944.55 |
| Loan No: | ■■■■■ | 4/1/2021 | 10/1/2021 | $ 952.70 |
| Payments in POC: | | 11/1/2021 | 12/1/2022 | $ 949.70 |
| Months in POC: | | 1/1/2023 | 2/1/2024 | $ 960.81 |
| First Post Due Date: | 03/01/20 | 3/1/2024 | 2/1/2025 | $ 964.90 |
| Plan | Borrower | 3/1/2025 | | $ 979.85 |
| PPFN | 1400 | | | $ - |
| Gap Payment | - | | | $ - |
| Disposition | - | | | $ - |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| AO entered on 07/01/2022 : Arrears 02/01/2022 to 06/01/2022 @ $4748.50, | | | | $ 960.66 |
| Atty fees $1038.00 less susp $16.11: Total $5770.39 : Cure 7/1/2022 - 12/1/2022 | | | | $ 960.66 |
| @ $961.73 : ongoing pmt starts 07/2022 | | | | $ 960.66 |
| | | | | $ 960.66 |
| | | | | $ 960.66 |
| 09/19/22 | $949.70 | 02/01/22 | $949.70 | $ 960.66 |
| | | 03/01/22 | $949.70 | $ 10.96 |
| 09/19/22 | $961.73 | AO1 7/1/2022 | | $ 972.69 |
| | | 04/01/22 | $949.70 | $ 22.99 |
| 09/19/22 | $949.70 | 05/01/22 | $949.70 | $ 22.99 |
| 09/19/22 | $961.73 | AO2 8/1/2022 | | $ 984.72 |
| | | 06/01/22 | $949.70 | $ 35.02 |
| 09/19/22 | $949.70 | 07/01/22 | $949.70 | $ 35.02 |
| 09/19/22 | $961.73 | AO3 9/1/2022 | | $ 996.75 |
| | | 08/01/22 | $949.70 | $ 47.05 |
| 10/17/22 | $938.27 | 09/01/22 | $949.70 | $ 35.62 |
| 10/17/22 | $961.73 | AO4 10/1/2022 | | $ 997.35 |
| | | 10/01/22 | $949.70 | $ 47.65 |
| 11/17/22 | $938.27 | 11/01/22 | $949.70 | $ 36.22 |
| 11/17/22 | $961.73 | AO5 11/1/2022 | | $ 997.95 |
| | | 12/01/22 | $949.70 | $ 48.25 |
| 12/29/22 | $938.27 | | | $ 986.52 |
| 12/29/22 | $961.73 | AO6 12/1/2022 | | $ 1,948.25 |
| | | AO Fees | $1,038.00 | $ 910.25 |
| 01/31/23 | $950.00 | 01/01/23 | $960.81 | $ 899.44 |
| 03/15/23 | $1,900.00 | 02/01/23 | $960.81 | $ 1,838.63 |
| | | 03/01/23 | $960.81 | $ 877.82 |

# Notice of Final Cure Information
## Post-Petition Ledger

| Filed By: | Dennis M. Habbert, Jr 0 | Payment Changes | | |
|---|---|---|---|---|
| Case Number: | 20-00444 | **From Date** | **To Date** | **Total Amount** |
| Filing Date: | 02/07/20 | 3/1/2020 | 3/1/2021 | $ 944.55 |
| Loan No: | ██████ | 4/1/2021 | 10/1/2021 | $ 952.70 |
| Payments in POC: | | 11/1/2021 | 12/1/2022 | $ 949.70 |
| Months in POC: | | 1/1/2023 | 2/1/2024 | $ 960.81 |
| First Post Due Date: | 03/01/20 | 3/1/2024 | 2/1/2025 | $ 964.90 |
| Plan | Borrower | 3/1/2025 | | $ 979.85 |
| PPFN | 1400 | | | $ - |
| Gap Payment | - | | | $ - |
| Disposition | - | | | $ - |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| 04/14/23 | $1,050.00 | 04/01/23 | $960.81 | $ 967.01 |
| | | 05/01/23 | $960.81 | $ 6.20 |
| 05/25/23 | $950.00 | | | $ 956.20 |
| 06/15/23 | $950.00 | 06/01/23 | $960.81 | $ 945.39 |
| 07/28/23 | $930.00 | 07/01/23 | $960.81 | $ 914.58 |
| 08/31/23 | $950.00 | 08/01/23 | $960.81 | $ 903.77 |
| 09/29/23 | $950.00 | 09/01/23 | $960.81 | $ 892.96 |
| 10/11/23 | $950.00 | 10/01/23 | $960.81 | $ 882.15 |
| 11/30/23 | $950.00 | 11/01/23 | $960.81 | $ 871.34 |
| 01/11/24 | $950.00 | 12/01/23 | $960.81 | $ 860.53 |
| 02/12/24 | $950.00 | 01/01/24 | $960.81 | $ 849.72 |
| 03/18/24 | $950.00 | 02/01/24 | $960.81 | $ 838.91 |
| 04/04/24 | $969.90 | 03/01/24 | $964.90 | $ 843.91 |
| 05/08/24 | $1,942.00 | 04/01/24 | $964.90 | $ 1,821.01 |
| | | 05/01/24 | $964.90 | $ 856.11 |
| 08/15/24 | $2,200.00 | 06/01/24 | $964.90 | $ 2,091.21 |
| | | 07/01/24 | $964.90 | $ 1,126.31 |
| | | 08/01/24 | $964.90 | $ 161.41 |
| 10/21/24 | $1,200.00 | 09/01/24 | $964.90 | $ 396.51 |
| | | | | $ 396.51 |
| 12/24/24 | $2,500.00 | 10/01/24 | $964.90 | $ 1,931.61 |
| | | 11/01/24 | $964.90 | $ 966.71 |
| 02/21/25 | $2,000.00 | 12/01/24 | $964.90 | $ 2,001.81 |
| | | 01/01/25 | $964.90 | $ 1,036.91 |
| | | 02/01/25 | $964.90 | $ 72.01 |
| | | | | $ 72.01 |
| **PAYMENTS DUE** | | **3/1/2025** | $ 979.85 | $ (907.84) |

# Notice of Final Cure Information
## Post-Petition Ledger

| | | Payment Changes | | |
|---|---|---|---|---|
| **Filed By:** | Dennis M. Habbert, Jr 0 | | | |
| **Case Number:** | 20-00444 | **From Date** | **To Date** | **Total Amount** |
| **Filing Date:** | 02/07/20 | 3/1/2020 | 3/1/2021 | $ 944.55 |
| **Loan No:** | ███████ | 4/1/2021 | 10/1/2021 | $ 952.70 |
| **Payments in POC:** | | 11/1/2021 | 12/1/2022 | $ 949.70 |
| **Months in POC:** | | 1/1/2023 | 2/1/2024 | $ 960.81 |
| **First Post Due Date:** | 03/01/20 | 3/1/2024 | 2/1/2025 | $ 964.90 |
| **Plan** | Borrower | 3/1/2025 | | $ 979.85 |
| **PPFN** | 1400 | | | $ - |
| **Gap Payment** | - | | | $ - |
| **Disposition** | - | | | $ - |

Date Prepared:

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| | | 4/1/2025 | $ 979.85 | $ (1,887.69) |
| | | 5/1/2025 | $ 979.85 | $ (2,867.54) |
| | | 6/1/2025 | $ 979.85 | $ (3,847.39) |
| | | 7/1/2025 | $ 979.85 | $ (4,827.24) |
| | | PPFN | $ 1,401.60 | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |
| | | | | $ (6,228.84) |