United States Bankruptcy Court

Middle District of Pennsylvania

In re:      Case No. 20-00444-HWV

Dennis M. Habbert, Jr.      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis M. Habbert, Jr., 2170 Windsor Road, Windsor, PA 17366-8506 |
| 5298844 | + | DENNIS HABBERT, SR., 9300 Hickory Road, New Park, PA 17352-9534 |
| 5298846 | + | EDWARD J. MCKEE, ESQ., Stern & Eisenberg PC, 1581 Main St., Ste. 200, Warrington, PA 18976-3403 |
| 5298849 | | PAIN MEDICINE OF YORK, LLC, 1497 South Queen Street, Suite A, York, PA 17403-3852 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Aug 25 2025 18:43:29 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5298845 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2025 18:49:00 | DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, 310 Lowell St., Stop 360, Andover, MA 01810 |
| 5298848 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd., MS 5-251, Coral Gables, FL 33146-1839 |
| 5298847 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 25 2025 18:48:00 | LAKEVIEW LOAN SERVICING, LLC, PO Box 37628, Philadelphia, PA 19101-0628 |
| 5617349 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5441490 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5441491 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5617350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O Rushmore Servicing 75261-9096 |
| 5301615 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 25 2025 18:48:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5493156 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Nationstar Mortgage LLC, RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 5493157 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2025 18:48:00 | Nationstar Mortgage LLC, RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, |

Nationstar Mortgage LLC, RightPath Servicing

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5316112 | *+ | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michelle McGowan | on behalf of Creditor Lakeview Loan Servicing LLC mimcgowan@raslg.com |
| Steven M. Carr | on behalf of Debtor 1 Dennis M. Habbert Jr. stevecarr8@comcast.net, jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dennis M. Habbert Jr., | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−00444−HWV |

Social Security No.:
       xxx−xx−8789

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Dennis M. Habbert Jr.** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 25, 2025

**fnldec** (01/22)